# COMMITMENT TO ANOTHER DISTRICT
Rule 40 Federal Rules of Criminal Procedures

| UNITED STATES DISTRICT COURT | Eastern District of California |
|---|---|
| UNITED STATES OF AMERICA vs Henry Louis Garcia | Docket Number |
| | Magistrate Case Number 1:07mj00260 GSA |

FILED NOV 7 2007 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY _____ DEPUTY CLERK

CHARGES AGAINST THE DEFENDANT ARE FILED BASED UPON AN

☒ INDICTMENT   ☐ INFORMATION   ☐ COMPLAINT   ☐ OTHER (SPECIFY)

CHARGING A VIOLATION OF: 21 U.S.C. § SECTION 841

**DISTRICT OF OFFENSE** District of Minnesota, Minneapolis

**DESCRIPTION OF CHARGES:** Conspiracy to Distribute and Possess with intent to Distribute

**CURRANT BOND STATUS:** __ Bail fixed at _____ and conditions were not met

✓ Government moved for detention and defendant detained after hearing in District of Arrest

__ Government moved for detention and defendant detained pending detention hearing in District of Offense

__ Other (specify)

**Representation:** ✓ Retained Counsel  __ Federal Defender  __ CJA Attorney  __ None

**Interpreter Required?** ✓ No   __ Yes   Language:

TO: THE UNITED STATES MARSHAL
    You are hereby commanded to take custody of the above named defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for the District or to some other officer authorized to receive the defendant.

11/7/07
Date

GARY S. AUSTIN, United States Magistrate Judge

## RETURN

THIS COMMITMENT WAS RECEIVED AND EXECUTED AS FOLLOWS:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) _____ DEPUTY MARSHAL |

as of 10/2000